UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| P<small>ASS</small> & S<small>EYMOUR</small>, I<small>NC</small>.,<br><br>    Plaintiff,<br><br>  v.<br><br>L<small>EVITON</small> M<small>ANUFACTURING</small> C<small>O</small>., I<small>NC</small>.,<br><br>    Defendant. | Case No. 18-cv-6967-BMC<br><br>S<small>TIPULATION OF</small> V<small>OLUNTARY</small> D<small>ISMISSAL</small> P<small>URSUANT TO</small> R<small>ULE</small> 41(A)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Pass & Seymour, Inc. and Defendant Leviton Manufacturing Co., Inc. hereby voluntarily agree and stipulate to the dismissal of this action with prejudice, each party to pay its own costs and attorneys' fees.

PASS & SEYMOUR, INC.

By its attorneys,

/s/ Mark J. Abate
Mark J. Abate
Jordan D. Weiss
Calvin E. Wingfield Jr.
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Tel.: +1 212 813 8800
Fax.: +1 212 355 3333
mabate@goodwinlaw.com
cwingfield@goodwinlaw.com
jweiss@goodwinlaw.com

LEVITON MANUFACTURING CO.

By its attorneys,

/s/ Larry L. Shatzer
Larry L. Shatzer
Stephen Nagy
STRAIN PLLC
1455 Pennsylvania Avenue, Suite 400
Washington, D.C. 20004
Phone: (202) 621-1872
Fax: (202) 621-1873

DATED:  October 17, 2019